# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DAIMEON MOSLEY, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>MERITAGE HOSPITALITY GROUP, )<br>INC., d/b/a WENDY'S #2885 )<br>)<br>Defendant. | Case No. 2:19-cv-2142-JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Notice of Voluntary Dismissal, filed on May 9, 2019 (ECF No. 9), and the Court having entered an Order of Dismissal (ECF No. 10),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE, with each party bearing its own attorneys' fees and costs.

**APPROVED:**

 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


 5/13/19
Date